FILED
2002 AUG 16 PH 2:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| PHILLIP ACE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 01-PT-1938-M |
| | ) | |
| ARCHIE GARRETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
AUG 16 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 21, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as failing to state a claim upon which relief can be granted, under 28 U.S.C. § 1915A(b). The magistrate judge further recommended that any supplemental state law claims be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed, without prejudice, for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). Any supplemental state law claims are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

DATED this 15th day of August, 2002.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

